STATE OF NEW JERSEY v. JACK W. TURNER.

February 7, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. JUAN RIVERA.

February 7, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES WILLIAM DEYARMOND.

STATE OF NEW JERSEY v. RANDY BEYOR.

February 7, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM LAYTON.

February 7, 1989.

Petition for certification denied.